B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Timber Creek Inn & Suites and Convention Center, Ltd. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>11-3760592 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1060 Cindy Lane<br>Sandwich, IL<br>ZIP Code: 60548 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>DeKalb | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Timber Creek Inn & Suites and Convention Center, Ltd. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Timber Creek Inn & Suites and Convention Center, Ltd. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  /s/ G. Alexander McTavish
Signature of Attorney for Debtor(s)

G. Alexander McTavish
Printed Name of Attorney for Debtor(s)

Myler, Ruddy & McTavish
Firm Name

105 E. Galena Blvd.
8th Floor
Aurora, IL 60505
Address

amctavish@mrmlaw.com  cmyler@mrmlaw.com
630-897-8475  Fax: 630-897-8076
Telephone Number

November 4, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Ralph E Webb
Signature of Authorized Individual

Ralph E Webb
Printed Name of Authorized Individual

President
Title of Authorized Individual

November 4, 2011
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Timber Creek Inn & Suites and Convention Center, Ltd.                    Case No.
                                            Debtor(s)                             Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Cendyn<br>1515 North Federal Hwy, Suite 419<br>Boca Raton, FL 33432 | Cendyn<br>1515 North Federal Hwy, Suite 419<br>Boca Raton, FL 33432 | Electronic Brochure for Sales & Marketing | | 50.00 |
| Centrue Bank<br>202 Indian Springs Drive<br>Sandwich, IL 60548 | Centrue Bank<br>202 Indian Springs Drive<br>Sandwich, IL 60548 | | | 302,587.68 |
| Citizens First National Bank<br>606 S Main St<br>Princeton, IL 61356 | Citizens First National Bank<br>606 S Main St<br>Princeton, IL 61356 | Personal guaranty | | 12,200,000.00 |
| Citizens First National Bank<br>606 S Main St<br>Princeton, IL 61356 | Citizens First National Bank<br>606 S Main St<br>Princeton, IL 61356 | All other fixtures and equipment | | 500,000.00<br><br>(0.00 secured) |
| City of Sandwich<br>144 E. Railroad Street<br>Sandwich, IL 60548 | City of Sandwich<br>144 E. Railroad Street<br>Sandwich, IL 60548 | Water and Sewer | | 6,363.54 |
| Colley Elevator, Co<br>226 William St<br>Bensenville, IL 60106 | Colley Elevator, Co<br>226 William St<br>Bensenville, IL 60106 | Elevator Maintenance | | 365.00 |
| Crescent Electric Supply Co<br>P.O. Box 500 East<br>East Dubuque, IL 61025-4420 | Crescent Electric Supply Co<br>P.O. Box 500 East<br>East Dubuque, IL 61025-4420 | Miscellaneous Electrical Materials | | 332.58 |
| Everest National Insurance Co<br>P.O. Box 499<br>Newark, NJ 07101-0499 | Everest National Insurance Co<br>P.O. Box 499<br>Newark, NJ 07101-0499 | Work Comp Insurance | | 3,049.70 |
| First Choice Staffing, Inc<br>75 Executive Drive<br>Suite 101<br>Aurora, IL 60504 | First Choice Staffing, Inc<br>75 Executive Drive<br>Suite 101<br>Aurora, IL 60504 | Housekeeping Labor | | 2,974.54 |
| Hinsdale Bank<br>25 E. First St<br>Hinsdale, IL 60521 | Hinsdale Bank<br>25 E. First St<br>Hinsdale, IL 60521 | 2007 Chevy 15 Passenger Van | | 8,858.82<br><br>(0.00 secured) |
| Illinois Department of Revenue<br>P.O. Box 19019<br>Springfield, IL 62794-9019 | Illinois Department of Revenue<br>P.O. Box 19019<br>Springfield, IL 62794-9019 | Occupation Tax | | 7,231.56 |

B4 (Official Form 4) (12/07) - Cont.

In re  Timber Creek Inn & Suites and Convention Center, Ltd.          Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Illinois Department of Revenue P.O. Box 19019 Springfield, IL 62794-9019 | Illinois Department of Revenue P.O. Box 19019 Springfield, IL 62794-9019 | Sales Tax | | 5,607.67 |
| Knowland Group, Inc P.O. Box 476 Lewes, DE 19958 | Knowland Group, Inc P.O. Box 476 Lewes, DE 19958 | Sales Lead Research | | 324.00 |
| The Office Works P.O. Box 173 E. Main St Plano, IL 60545-1521 | The Office Works P.O. Box 173 E. Main St Plano, IL 60545-1521 | Office Supplies | | 117.14 |
| Turano Baking Company 36749 Eagle Way Chicago, IL 60678-1367 | Turano Baking Company 36749 Eagle Way Chicago, IL 60678-1367 | Bread Products | | 171.08 |
| UPS Lockbox 277 Carol Stream, IL 60132-0577 | UPS Lockbox 277 Carol Stream, IL 60132-0577 | Shipping | | 22.68 |
| US Small Business Administration 500 W Madison St, Ste 1250 Chicago, IL 60661 | US Small Business Administration 500 W Madison St, Ste 1250 Chicago, IL 60661 | All other fixtures and equipment | | 1,531,000.00 (0.00 secured) (500,000.00 senior lien) |
| Village Ace Hardware 1015 E. Church St Sandwich, IL 60548 | Village Ace Hardware 1015 E. Church St Sandwich, IL 60548 | Miscellaneous Maintenance Items | | 168.01 |
| Wyatt's P.O. Box 230 Plano, IL 60545 | Wyatt's P.O. Box 230 Plano, IL 60545 | Clean Beer Lines | | 255.00 |
| XM for Business PlayNetwork, Inc. P.O. Box 809198 Chicago, IL 60680-9198 | XM for Business PlayNetwork, Inc. P.O. Box 809198 Chicago, IL 60680-9198 | XM Radio | | 59.93 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  November 4, 2011              Signature  /s/ Ralph E Webb
                                                Ralph E Webb
                                                President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Cendyn
1515 North Federal Hwy, Suite 419
Boca Raton, FL 33432


Centrue Bank
202 Indian Springs Drive
Sandwich, IL 60548


Cintas
P.O. Box 7759
Romeoville, IL 60446


Citizens First National Bank
606 S Main St
Princeton, IL 61356


City of Sandwich
144 E. Railroad Street
Sandwich, IL 60548


Colley Elevator Co
226 Willism St
Bensenville, IL 60106


Colley Elevator, Co
226 William St
Bensenville, IL 60106


Crescent Electric Supply Co
P.O. Box 500 East
East Dubuque, IL 61025-4420


Dan Kinsella
Schuyler, Roche & Crisham
130 E. Randolph St, Ste 3800
Chicago, IL 60601


Everest National Insurance Co
P.O. Box 499
Newark, NJ 07101-0499


First Choice Staffing, Inc
75 Executive Drive
Suite 101
Aurora, IL 60504

Hinsdale Bank
25 E. First St
Hinsdale, IL 60521


Illinois Department of Revenue
P.O. Box 19019
Springfield, IL 62794-9019


KABA ILCO
P.O. Box 12553
Montreal Quebec, Canada  H3C 6R1


Knowland Group, Inc
P.O. Box 476
Lewes, DE 19958


Somercor 504, Inc
601 S LaSalle St, Ste 510
Chicago, IL 60605


Tee Jay Service Company
951 N Raddant Rd
PO Box 369
Batavia, IL 60510-0369


The Office Works
P.O. Box 173 E. Main St
Plano, IL 60545-1521


Turano Baking Company
36749 Eagle Way
Chicago, IL 60678-1367


UPS
Lockbox 277
Carol Stream, IL 60132-0577


US Small Business Administration
500 W Madison St, Ste 1250
Chicago, IL 60661


Village Ace Hardware
1015 E. Church St
Sandwich, IL 60548

```
World Cinema
9801 Westheimer, Ste 409
Houston, TX 77042


Wyatt's
P.O. Box 230
Plano, IL 60545


XM for Business
PlayNetwork, Inc.
P.O. Box 809198
Chicago, IL 60680-9198
```